HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DARREN SEVER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00232-KES-BAM |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS |
| v. | |
| DARREN SEVER, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record BRITTANY GUNTER, and defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as follows:

   1.   By previous order, Mr. Sever was released on pretrial conditions. ECF Dckt. # 12.

   2.   The parties hereby stipulate to modify Condition 7(m), set forth in ECF Dckt. # 12. Pretrial services has been notified of this modification and has no objection.

   3.   Condition 7(m) currently restricts Mr. Sever's access to electronic devices. It further restricts Mr. Sever's wife and son from accessing certain electronic devices. Although Mr. Sever's adult son can use his smartphone, he cannot possess his laptop nor his video game console. This stipulation seeks to allow Mr. Sever's adult son access to those items which he uses for school and personal entertainment. Both the laptop and the gaming console are password protected.

4. The parties hereby stipulate to modify Condition 7(m) so that it says:

"not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer. Your custodian is authorized to have one password protected smartphone, and one password protected desktop computer in the residence, and your son is authorized to have one password protected smartphone**, one password protected laptop, and one password protected video game console**; additionally, should your smartphone be returned to you by law enforcement, you must surrender your smartphone to your custodian and your custodian must secure this device in a location where you do not have access" (modifications in bold.)

IT IS SO STIPULATED.

Dated:  September 19, 2024                                  PHILLIP A. TALBERT
                                                                                  United States Attorney


                                                                                  */s/ Brittany Gunter*
                                                                                  BRITTANY GUNTER
                                                                                  Assistant United States Attorney


Dated:  September 19, 2024                                  */s/ Griffin Estes*
                                                                                  GRIFFIN ESTES
                                                                                  Counsel for Defendant
                                                                                  Darren Sever


**ORDER**

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Sever's conditions of release is hereby adopted.  All other orders shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **September 20, 2024**                          */s/ Sheila K. Oberto*
                                                                                  UNITED STATES MAGISTRATE JUDGE