HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DARREN SEVER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARREN SEVER, <br><br> Defendants. | CASE NO.  1:24-CR-00232-KES-BAM <br><br> STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER |

Plaintiff United States of America, by and through its counsel of record BRITTANY GUNTER, and defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as follows:

1. By previous order, Mr. Sever was released on pretrial conditions. ECF Dckt. # 12.

2. Those conditions were modified by previous order of the Court on September 20, 2024. ECF Dckt. # 18.

3. The parties hereby stipulate to modify Condition 7(m), set forth in ECF Dckt. # 12 and modified by ECF Dckt. # 18. Pretrial services has been notified of this modification and has no objection.

4. Condition 7(m) currently restricts Mr. Sever's access to electronic devices. It further restricts Mr. Sever's wife and son from accessing certain electronic devices. Due to this case, however, Mr. Sever was forced to move residences. He will now be living with his parent-in-laws at their home in

Madera. This stipulation seeks to modify Mr. Sever's conditions of release to accommodate his new living situation. Mr. Sever's adult son will reside elsewhere, and so will no longer need to have restrictions on his electronic devices. The new residence has been approved by pretrial services. Mr. Sever plans to move residences on October 10, 2024. Pretrial services further agrees with the new arrangement regarding Mr. Sever's family members' access and possession of their personal electronic devices.

    5.    The parties hereby stipulate to modify Condition 7(m) so that it says:

"not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer. Your custodian is authorized to have one password protected smartphone, and one password protected desktop computer in the residence. **Your parent-in-laws may possess their cellphones (one each), ipads (one each), a smart-tv, a non-internet connected tv and a desktop computer. Your parent-in-laws' electronic devices must be stored in a locked room that you do not have access to. Moreover, you must not obtain the wi-fi password at your parent-in-laws home or otherwise access the wi-fi.** Additionally, should your smartphone be returned to you by law enforcement, you must surrender your smartphone to your custodian and your custodian must secure this device in a location where you do not have access" (modifications in bold.)

IT IS SO STIPULATED.

Dated: October 4, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney

Dated: October 4, 2024

*/s/ Griffin Estes*
GRIFFIN ESTES
Counsel for Defendant
DARREN SEVER

**ORDER**

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Sever's conditions of release is hereby adopted. All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated: __October 4, 2024__         /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE