1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  GRIFFIN ESTES, Bar #322095
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  DARREN SEVER

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | CASE NO. 1:24-CR-00232-KES-BAM
11 |                   Plaintiff,      | STIPULATION TO MODIFY PRETRIAL
12 |        v.                         | RELEASE CONDITIONS; ORDER
13 | DARREN SEVER,
14 |                   Defendants.

17     Plaintiff United States of America, by and through its counsel of record BRITTANY GUNTER,
18 and defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as
19 follows:
20     1.   By previous order, Mr. Sever was released on pretrial conditions. ECF Dckt. # 12.
21     2.   Those conditions were modified by previous order of the Court on September 20, 2024
22 and October 4, 2024. ECF Dckt. # 18, 22.
23     3.   The parties hereby stipulate to modify Condition 7(m), set forth in ECF Dckt. # 12 and
24 modified by ECF Dckt. # 18 and 22. Pretrial services has been notified of this modification and has no
25 objection.
26     4.   Condition 7(r) currently imposes home incarceration on Mr. Sever.
27         a)   The condition currently orders Mr. Sever to "remain inside your residence at all
28 times except for medical needs or treatment, religious services, and court appearances pre-

approved by the pretrial services officer."

b) The parties hereby stipulate to modify condition 7(r) so that it orders Mr. Sever to "remain inside your residence at all times except for medical needs or treatment, religious services, **haircuts,** and court appearances pre-approved by the pretrial services officer." (modifications in bold.)

IT IS SO STIPULATED.

Dated: December 16, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney

Dated: December 16, 2024

*/s/ Griffin Estes*
GRIFFIN ESTES
Counsel for Defendant
DARREN SEVER

## ORDER

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Sever's conditions of release is hereby adopted. All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated: __December 16, 2024__

STANLEY A. BOONE
United States Magistrate Judge