PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 1:24-CR-00232-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DARREN SEVER, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Griffin Estes, counsel for Darren Sever ("the defendant"), that this action's **Wednesday, January 22, 2025, status conference be continued to Wednesday, April 23, 2025, at 1:00 p.m.**  The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. A complaint and arrest warrant were issued in this case on September 6, 2024.  ECF 1.  The government prepared and delivered an initial set of discovery to defense counsel on September 16.

2. The grand jury returned an Indictment on September 19.  ECF 15.

3. The government provided the defense with supplemental discovery on November 12.  The defense is and has been reviewing discovery thus far provided.

4. The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review pursuant to the Adam Walsh Act, with the exception of a report from the National Center for Missing and Exploited Children ("NCMEC").  The government will produce that report upon receipt.  The government will also follow up with law enforcement to determine the extent supplemental discovery exists.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accord with Rule 16.

5. As defense counsel completes his analysis of the discovery produced in this case, counsel for the government will work with the defense and the HSI Fresno office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

6. Defense counsel requires more time to complete his review of the discovery, complete any additional investigation, discuss the case with the defendant, and consult with experts.

7. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

8. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9. The government does not object to the continuance.

10. The parties therefore stipulate that the period of time from January 22, 2025, through April 23, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: January 7, 2025                    PHILLIP A. TALBERT
                                          United States Attorney

                                    By:   /s/ BRITTANY M. GUNTER
                                          BRITTANY M. GUNTER
                                          Assistant United States Attorney

Dated: January 7, 2025              By:   /s/ GRIFFIN ESTES
                                          GRIFFIN ESTES
                                          Attorney for Defendant
                                          Darren Sever

## **O R D E R**

IT IS ORDERED that the status conference currently set for January 22, 2025, at 1:00 pm is continued to **April 23, 2025, at 1:00 pm. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.

IT IS FURTHER ORDERED THAT the period of time from January 22, 2025, through April 23, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 7, 2025**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

3