HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DARREN SEVER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00232-KES-BAM |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; AND ORDER |
| v. | |
| DARREN SEVER, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record BRITTANY GUNTER, and defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as follows:

1. By previous order, Mr. Sever was released on pretrial conditions. ECF Dckt. # 12.

2. Those conditions were modified by previous order of the Court on September 20, 2024 October 4, 2024, and December 16, 2024. ECF Dckt. # 18, 22, 24.

3. The parties hereby stipulate to modify Condition 7(m), set forth in ECF Dckt. # 12 and modified by ECF Dckt. # 18, 22 and 24. Pretrial services has been notified of this modification and has no objection.

4. Condition 7(r) currently requires Mr. Sever to participate in location monitoring.

   a) In part the condition requires that Mr. Sever wear an ankle monitor – "participate

in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person." Condition 7(r) provides for no exceptions. Mr. Sever must wear the ankle monitor at all times.

  b) Mr. Sever has contacted his pretrial services officer because he must attend a medical appointment. He is scheduled to get an MRI on March 21, 2025, to monitor his Parkinson's disease. Because of that, he cannot wear the ankle monitor. He therefore must temporarily remove the ankle monitor temporarily so that he can obtain necessary medical treatment.

  c) The parties hereby stipulate to modify condition 7(r) so that it orders Mr. Sever to "participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. **The defendant shall report to Pretrial Services (before his appointment) on March 21, 2025, no earlier than 10 a.m., to have his ankle monitor temporarily removed (for purposes of medical treatment), and report back to Pretrial Services as soon as possible after his appointment and no later than 4:00 pm on March 21, 2025, for re-installation.**" (modifications in bold.)

  IT IS SO STIPULATED.

Dated: January 29, 2025       PHILLIP A. TALBERT
                United States Attorney

                */s/ Brittany Gunter*
                BRITTANY GUNTER
                Assistant United States Attorney

Dated: January 29, 2025       */s/ Griffin Estes*
                GRIFFIN ESTES
                Counsel for Defendant
                DARREN SEVER

**<u>ORDER</u>**

GOOD CAUSE APPEARING, the above stipulation to modify Mr. Sever's conditions of release is hereby adopted. All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated: __January 30, 2025__        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE