1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No: 1:24-CR-00232-KES-BAM |
|---|---|
12 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |
13 | v. | |
14 | DARREN SEVER, | |
15 | Defendant. | |

18     THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

19 United States Attorney Brittany M. Gunter, counsel for the government, and Griffin Estes, counsel for

20 Darren Sever ("the defendant"), that this action's **Wednesday, August 13, 2025, status conference be**

21 **continued to Wednesday, October 22, 2025, at 1:00 p.m.** The parties likewise ask the court to

22 endorse this stipulation by way of formal order.

23     The parties base this stipulation on good cause, as follows:

24 1. A complaint and arrest warrant were issued in this case on September 6, 2024. ECF 1. The

25    government prepared and delivered an initial set of discovery to defense counsel on

26    September 16.

27

STIPULATION TO CONTINUE STATUS CONFERENCE AND
28 EXCLUDE TIME UNDER SPEEDY TRIAL ACT

1

2. The grand jury returned an Indictment on September 19.  ECF 15.

3. The government provided the defense with supplemental discovery on November 12.  The defense is and has been reviewing discovery thus far provided.

4. The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review pursuant to the Adam Walsh Act, with the exception of a report from the National Center for Missing and Exploited Children ("NCMEC").  The government will produce that report upon receipt, but it has not received the report to date.  The government will also follow up with law enforcement to determine the extent supplemental discovery exists.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accord with Rule 16.

5. As defense counsel completes his analysis of the discovery produced in this case, counsel for the government will work with the defense and the HSI Fresno office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

6. Defense counsel requires more time to complete his review of the discovery, complete any additional investigation, discuss the case with the defendant, and consult with experts. Defense counsel hired an expert to assist with reviewing the electronic evidence and needs additional time to conduct that review at the HSI Fresno office.  Defense counsel also needs additional time to consult his expert related to the defendant's medical condition.

7. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

8. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9. The government does not object to the continuance.

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

10. The parties therefore stipulate that the period of time from August 13, 2025, through October 22, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: July 31, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

By: /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: July 31, 2025

By: /s/ GRIFFIN ESTES
GRIFFIN ESTES
Attorney for Defendant
Darren Sever

### O R D E R

IT IS ORDERED that the status conference currently set for August 13, 2025, at 1:00 pm is continued to **October 22, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS FURTHER ORDERED THAT the period of time from August 13, 2025, through October 22, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **August 2, 2025**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

3

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT