HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DARREN SEVER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARREN SEVER,<br><br>Defendants. | CASE NO.  1:24-CR-00232-KES-BAM<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; AND ORDER |

   Plaintiff United States of America, by and through its counsel of record BRITTANY GUNTER, and defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as follows:

   1.   By previous order, Mr. Sever was released on pretrial conditions. ECF Dckt. # 12.

   2.   Those conditions were modified by previous order of the Court on September 20, 2024 October 4, 2024, December 16, 2024, January 30, 2025 and November 12, 2025. ECF Dckt. # 18, 22, 24, 29, 40.

   3.   The parties hereby stipulate to modify Condition 7(r), set forth in ECF Dckt. # 12 and modified by ECF Dckt. # 18, 22, 24, 29 and 40. Pretrial services has been notified of this modification and has no objection.

   4.   Condition 7(r) currently requires Mr. Sever to participate in location monitoring.

       a)   In part the condition requires that Mr. Sever wear an ankle monitor – "participate

in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person."

b)   Mr. Sever has contacted his pretrial services officer because he must attend a medical appointment. He is scheduled to get an MRI on December 11, 2025, to monitor his Parkinson's disease. Because of that, he cannot wear the ankle monitor. He therefore must remove the ankle monitor temporarily so that he can obtain necessary medical treatment.

c)   The parties hereby stipulate to modify condition 7(r) so that it orders Mr. Sever to "participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. **The defendant shall report to Pretrial Services (before his appointment) on December 11, 2025, no earlier than 9 a.m., to have his ankle monitor temporarily removed (for purposes of medical treatment), and report back to Pretrial Services as soon as possible after his appointment and no later than 4:00 pm on December 11, 2025, for re-installation.**" (modifications in bold.)

IT IS SO STIPULATED.

Dated:  November 25, 2025        ERIC GRANT
                                 United States Attorney

                                 */s/ Brittany Gunter*
                                 BRITTANY GUNTER
                                 Assistant United States Attorney


Dated:  November 25, 2025        */s/ Griffin Estes*
                                 GRIFFIN ESTES
                                 Counsel for Defendant
                                 DARREN SEVER

## ORDER

GOOD CAUSE APPEARING, the above stipulation to modify Mr. Sever's conditions of release is hereby adopted. All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated: **November 25, 2025**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE