IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **USA,** | CASE: **1:24–CR–00232–KES–EPG** |
| vs. | |
| **DARREN SEVER ,** | **ORDER OF REASSIGNMENT** |
| _____ / | |

The court, having considered the retirement of **Magistrate Judge Barbara A. McAuliffe**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge Barbara A. McAuliffe** to **Magistrate Judge Erica P. Grosjean** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is: **1:24–CR–00232–KES–EPG**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED: December 16, 2025

_____
Troy L. Nunley
Chief United States District Judge