HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DARREN SEVER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00232-KES-BAM |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER |
| v. | |
| DARREN SEVER, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record BRITTANY GUNTER, and defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as follows:

1. By previous order, Mr. Sever was released on pretrial conditions. ECF Dckt. # 12.

2. Those conditions were modified by previous order of the Court on September 20, 2024 October 4, 2024, December 16, 2024, January 30, 2025, November 12, 2025 and November 25, 2025. ECF Dckt. # 18, 22, 24, 29, 40, 42. Mr. Sever has been in full compliance with his pretrial release conditions throughout the case.

3. The parties hereby stipulate to modify Condition 7(r), set forth in ECF Dckt. # 12 and modified by ECF Dckt. # 18, 22, 24, 29, 40 and 42. Pretrial services has been notified of this modification and has no objection.

    4.    Condition 7(r) currently requires Mr. Sever to participate in location monitoring, including Home Incarceration.

    a)    Specifically, condition 7(r) says: "Home incarceration. You must remain inside your residence at all times except for medical reasons or treatment, religious services, and court appearances pre-approved by the pretrial services officer."

    b)    The parties hereby stipulate to modify condition 7(r) so that it subjects Mr. Sever to a curfew as opposed to home incarceration. Going forward, the relevant portion of Condition 7(r) should indicate: "Curfew. You are restricted to your residence everyday from 2 p.m. to 10 a.m., except for medical reasons or treatment, religious services, and court appearances pre-approved by the pretrial services officer. Whenever you leave your residence during the curfew period you must be accompanied by your third party custodian, adult son, or other person approved by pretrial services."

IT IS SO STIPULATED.

Dated:  December 30, 2025

ERIC GRANT
United States Attorney

*/s/ Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney

Dated:  December 30, 2025

*/s/ Griffin Estes*
GRIFFIN ESTES
Counsel for Defendant
DARREN SEVER

**ORDER**

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Sever's conditions of release is hereby adopted. All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated: __December 30, 2025__         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE