ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:24-cr-00232-KES-EPG |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DARREN SEVER, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the briefing schedule for the defendant, Darren Sever's motion to suppress filed at Dkt. 50 is as follows:

- Government's opposition is due July 17, 2026;

- Mr. Sever's reply is due July 31, 2026; and

- Hearing on the motion set for August 17, 2026, at 11:00AM in courtroom 6 before District Judge Kirk E. Sherriff.

///

///

///

The current hearing on the motion that is scheduled for July 13, 2026, and the status conference that is scheduled for July 22, 2026, are vacated.

IT IS SO ORDERED.

Dated:     July 1, 2026

UNITED STATES DISTRICT JUDGE