HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DARREN SEVER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DARREN SEVER,<br><br>                              Defendants. | CASE NO.  1:24-CR-00232-KES-EPG<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER |

Plaintiff United States of America, by and through its counsel of record JOSEPH BARTON, and

defendant, by and through defendant's counsel of record GRIFFIN ESTES, hereby stipulate as

follows:

1.      By previous order, Mr. Sever was released on pretrial conditions. ECF Dckt. # 12.

2.      Those conditions were modified by previous order of the Court on September 20, 2024

October 4, 2024, December 16, 2024, January 30, 2025, November 12, 2025 and November 25, 2025.

ECF Dckt. # 18, 22, 24, 29, 40, 42, 45.  Mr. Sever has been in full compliance with his pretrial release

conditions throughout the case.

3.      The parties hereby stipulate to modify Condition 7(r), set forth in ECF Dckt. # 12 and

modified by ECF Dckt. # 18, 22, 24, 29, 40, 42 and 45. Pretrial services has been notified of this

modification and has no objection.

4.    Condition 7(r) currently requires Mr. Sever to participate in location monitoring, including a Curfew.

a)    Specifically, condition 7(r) says: "Curfew. You are restricted to your residence everyday from 2 p.m. to 10 a.m., except for medical reasons or treatment, religious services, and court appearances pre-approved by the pretrial services officer. Whenever you leave your residence during the curfew period you must be accompanied by your third party custodian, adult son, or other person approved by pretrial."

b)    The parties hereby stipulate to modify condition 7(r) so that it modifies Mr. Sever's curfew as follows: "Curfew. You are restricted to your residence Thursday through Tuesday from 5 p.m. to 5:30 a.m., except for medical reasons or treatment, religious services, and court appearances pre-approved by the pretrial services officer. On Wednesday, you are permitted to leave your home from 5:30 a.m. to 9:00 p.m. Whenever you leave your residence you must be accompanied by your third-party custodian, adult son, or other person approved by pretrial."

IT IS SO STIPULATED.

Dated:  July 8, 2026

ERIC GRANT
United States Attorney

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

Dated:  July 8, 2026

*/s/ Griffin Estes*
GRIFFIN ESTES
Counsel for Defendant
DARREN SEVER

## ORDER

**GOOD CAUSE APPEARING**, the above stipulation to modify Mr. Sever's conditions of release is hereby adopted.  All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:   **July 8, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge