ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DARREN SEVER,<br>Defendant. | CASE NO. 1:24-CR-00232-KES-EPG<br><br>JOINT STIPULATION REGARDING CONTINUANCE OF BRIEFING SCHEDUE FOR MOTION TO SUPPRESS; FINDINGS AND ORDER<br><br>DATE: August 17, 2026<br>TIME: 11:00 a.m.<br>COURT: Hon. Kirk E. Sherriff |

**STIPULATION**

Plaintiff United States of America (the “government”), by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. On June 26, 2026, defendant filed a motion to suppress. By previous order, this matter was set for a hearing on defendant’s motion on August 17, 2026, with the government’s opposition due June 17, 2026, and defendant’s reply due June 31, 2026.

2. By this stipulation, the government now moves to continue the hearing on defendant’s motion until September 14, 2026, to continue the deadline for the government’s opposition briefing to June 31, 2026, and to continue the deadline for defendant’s reply briefing to August 21, 2026.

3. The parties agree and stipulate, and request that the Court find the following:

a) On July 9, 2026, the undersigned government counsel entered a notice of appearance in this case, also terminating the appearance of prior government counsel.

b) Since entering his appearance, government counsel has been engaged in ongoing discussions with representatives of the communications provider Verizon and the technology company Synchronoss that directly relate to defendant's central argument in his motion to suppress.

c) Counsel for the government believes an extension of the filing deadlines and motion hearing date for defendant's motion to suppress is needed to complete ongoing discussions with both individual and corporate witnesses, fully address the arguments made in defendant's motion to suppress, and to produce corresponding supplemental discovery to the defendant.

d) The defendant does not object to the government's request for a continuance.

IT IS SO STIPULATED.

Dated: July 16, 2026

ERIC GRANT
United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

Dated: July 16, 2026

/s/ Griffin Estes
Griffin Estes
Counsel for Defendant
Darren Sever

**ORDER**

IT IS SO FOUND AND ORDERED that the August 17, 2026, motion hearing before this Court in case number 1:24-cr-00232-KES-EPG is continued to September 14, 2026, at 11:00 AM before this Court; that the government's opposition to defendant's motion to suppress is due July 31, 2026; and defendant's reply to the government's opposition is due August 21, 2026.

IT IS SO ORDERED.

Dated: July 16, 2026

UNITED STATES DISTRICT JUDGE