ERIC GRANT
United States Attorney
CALVIN LEE
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DARREN SEVER,<br><br>Defendant. | Case No. 1:24-cr-00232-KES<br><br>ORDER TO CONTINUE TRIAL |

Upon the parties' stipulation and for good cause shown, the trial confirmation hearing and trial that are scheduled for October 13, 2026, and November 3, 2026, respectively, are continued until March 8, 2027, and March 30, 2027, respectively, before the Honorable Kirk E. Sherriff. The period through March 30, 2027, is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: September 15, 2026

UNITED STATES DISTRICT JUDGE